RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY 15  P 4: 17

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Rodrigo Ruiz-Farias ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR1571-JAH <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / <u>Order of Court</u>).

Adriana Montiel-San Luis

DATED: 5/15/08

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk